IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-cv-00185-BO-BM

TRACY KAYE LILLIE )
)
)
)
)
v. )    **NOTICE OF SPECIAL APPEARANCE**
)
EQUIFAX INFORAMTION SERVICES )
LLC, EXPERIAN INFORMATION )
SOLUTIONS, INC., AND U.S. BANK )
NATIONAL ASSOCIATION

Please take notice that the undersigned Jeff Olmsted hereby enters a notice of special appearance as attorney for Experian Information Solutions, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Caren D. Enloe.

I certify that: (a) I am admitted as an attorney in good standing in the highest state court of Massachusetts and the United States District Court for the District of Massachusetts; (b) I am familiar with the Federal Rules of Civil Procedure and the Local Rules of this Court; (c) I agree to comply with the requirements of appearance set forth in LR 83.1(d) and have registered as a filing user with the Court's CMECF system; and (d) I submit to the disciplinary jurisdiction of this court for any misconduct in connection with the above captioned litigation.

Respectfully submitted,

/s/ *Jeff Olmsted*
Jeff Olmsted
Goodwin Procter LLP
100 Northern Ave.
Boston, MA 02210
Tel.: 617-570-1614

Fax: 617-523-1231
JOlmsted@goodwinlaw.com
Massachusetts Bar. No. 713899
Attorney for Experian Information Solutions, Inc.

*/s/ Caren D. Enloe*

Caren D. Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Box 176010
Raleigh, NC 27619-6010
Tel.: 919-250-2000
Fax: 919-250-2124
Cenloe@smithdebnamlaw.com
State Bar. No. 17394
Local Civil Rule 83.1(d) Attorney for Experian Information Solutions, Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I caused the foregoing document to be filed with the

Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of

record.

Dated: June 4, 2026

        */s/ Jeff Olmsted*
        Jeff Olmsted