IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-cv-00185-BO-BM

TRACY KAYE LILLIE )
)
)
)
**v.** )
)
EQUIFAX INFORMATION SERVICES )
LLC, EXPERIAN INFORMATION )
SOLUTIONS, INC. AND U.S. BANK )
NATIONAL ASSOCIATION

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, LLC'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant Experian Information Solutions, Inc., by and through counsel, and hereby moves this Court to extend the time to answer or otherwise respond to Plaintiff's Complaint in this action through and including July 6, 2026.

In support of this Motion, the movant shows unto the Court the following:

1. The time for responding to Plaintiff's Complaint has not expired and the current deadline is June 8, 2026.

2. The parties are exploring settlement in this matter and movant needs additional time to investigate the facts of the matter.

3. Pursuant to Local Civil Rule 6.1(a), the undersigned counsel has in good faith conferred with counsel for Plaintiff Tracey Kaye Lillie who consents to the extension of time requested herein.

6. This Motion is filed in good faith for the reasons stated and not for purpose of delay.

WHEREFORE, for the foregoing reasons, these Defendant respectfully requests that the Court extend the time to respond to Plaintiffs' Amended Complaint up to and including July 6, 2026.

Respectfully submitted this 5th day of June, 2026.

/s/ Jeff Olmsted
Jeff Olmsted
Goodwin Procter LLP
100 Northern Ave.
Boston, MA 02210
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
JOlmsted@goodwinlaw.com
Massachusetts Bar. No. 713899
Attorney for Experian Information Solutions, Inc.

/s/ Caren D. Enloe
Caren D. Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Box 176010
Raleigh, NC 27619-6010
919-250-2000
Fax: 919-250-2124
Cenloe@smithdebnamlaw.com
State Bar. No. 17394
Local Civil Rule 83.1(d) Attorney for Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated: June 5, 2026

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone:  919-250-2000
Facsimile:      919-250-2124

*Local Civil Rule 83.1(d) Counsel for Defendant Experian Information Solutions, Inc.*