**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

TRACY KAYE LILLIE,

                                    Plaintiff,

v.                                                                    Case No. 7:26-cv-00185-BO-BM

EQUIFAX INFORMATION SERVICES
LLC; EXPERIAN INFORMATION
SOLUTIONS, INC., and U.S. BANK
NATIONAL ASSOCIATION,

                                    Defendants.

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT
## U.S. BANK NATIONAL ASSOCIATION, ONLY

Plaintiff Tracy Kaye Lillie ("Plaintiff") and Defendant U.S. Bank National Association ("U.S. Bank"), only, hereby notify the Court that they have reached a settlement in principle and are in the process of consummating the terms of the settlement agreement. Plaintiff anticipates filing a Stipulation of Dismissal as to Defendant U.S. Bank, only, within sixty (60) days of the date of this Notice.

Plaintiff's claims against Defendants Equifax Information Services LLC and Experian Information Solutions, Inc. remain before this Court.

Dated: June 16, 2026                          **BERGER MONTAGUE PC**

                                              By: */s/ Hans W. Lodge*
                                              Hans W. Lodge, MN Bar No. 0397012
                                              **BERGER MONTAGUE, P.C.**
                                              1229 Tyler Street NE, Suite 205
                                              Minneapolis, MN 55413
                                              Telephone: (612) 607-7794

1

Fax: (612) 584-4470
Email: hlodge@bergermontague.com

Dated: June 16, 2026

By:*/s/ Jeffrey L. Osterwise*
Jeffrey L. Osterwise, NC Bar No. 39272
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-4642
Fax:  (215) 875-4604
Email: josterwise@bergermontague.com
*Local Civil Rule 83.1 Counsel for Plaintiff*

*Counsel for Plaintiff*
*Tracy Kaye Lillie*

Dated: June 16, 2026

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Steven Flynn*
Steven Flynn, GA Bar. No. 313040
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street NE, Ste. 3000
Atlanta, GA  30308
(404) 885-3000
steven.flynn@troutman.com

Dated: June 16, 2026

By: */s/ Thomas J. Cunningham*
Thomas J. Cunningham, FL Bar. No. 121997
**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive, Ste. 215 – East Tower
West Palm Beach, FL  33401
(561) 833-7700
thomas.cunningham@troutman.com

Dated: June 16, 2026

By: */s/ Lauren Johnson Nichols*
Lauren Johnson Nichols, NC Bar No. 59353
**TROUTMAN PEPPER LOCKE LLP**
305 Church at North Hills Street, Ste. 1200
Raleigh, NC  27609
(919) 835-4175
Fax: 919-835-4101
Lauren.nichols@troutman.com
*Local Civil Rule 83.1(d) Attorney for Defendant*
*U.S. Bank National Association*

2

*Counsel for Defendant*
*U.S. Bank National Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:*/s/ Hans W. Lodge*
Hans W. Lodge

4