IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:26-cv-00185-BO-BM

| | |
|---|---|
| TRACY KAYE LILLIE,<br><br>Plaintiff<br><br><br><br>v.<br><br>EQUIFAX INFORMATION SERVICES<br>LLC; EXPERIAN INFORMATION<br>SOLUTIONS, INC., AND U.S. BANK<br>NATIONAL ASSOCIATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT EXPERIAN'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Brian James Lillie's ("Plaintiff") Complaint (the "Complaint") as follows:[1]

In response to the unnumbered paragraph preceding Paragraph 1 of the Complaint, Experian admits that the Plaintiff seeks damages, costs and attorney's fees for violations of the Fair Credit Reporting Act. Experian denies all remaining allegations contained in this paragraph as they relate to Experian. Experian further denies it has violated the FCRA and further denies that Plaintiff is entitled to any recovery from Experian. Experian is without knowledge or

---

[1] For ease of reference, and to facilitate review, Experian has incorporated into its Answer the headings used by Plaintiff in the Complaint. In doing so, however, Experian does not adopt, either expressly or by implication, the statements contained in those headings.

information sufficient to form a belief as to the truth of the allegations contained in this paragraph as they relate to other parties and, on that basis, denies the same.

## PRELIMINARY STATEMENT

1. In response to Paragraph 1, Experian admits that this Complaint asserts claims under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. (the "FCRA"), and that Plaintiff seeks to recover actual damages, punitive damages, statutory damages, attorneys' fees, and costs in this action. Experian denies that Experian violated the FCRA in connection with the matters at issue in this action or Plaintiff is entitled to recover any amounts from Experian based upon the allegations in the Complaint.

2. In response to paragraph 2 of the Complaint, Experian admits that the allegations contained therein appear to set forth a portion of the FCRA. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 2 inconsistent therewith.

3. In response to paragraph 3 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 3 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 3 of the Complaint.

4. In response to paragraph 4 of the Complaint, Experian admits that Plaintiff brings claims against Experian pursuant to the FCRA but denies that Experian has violated the FCRA or that Plaintiff is entitled to any recovery from Experian. Experian denies, generally and specifically, each and every remaining allegation contained in paragraph 4 that relates to Experian. As to the

2

allegations in paragraph 4 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

5. In response to paragraph 5 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 5 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 5 of the Complaint.

**THE PARTIES**

6. In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8. In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to paragraph 9 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Experian further admits that it is qualified to do business and conducts business in the State of North Carolina. Except as

3

specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint.

10. In response to paragraph 10 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## JURISDICTION AND VENUE

12. In response to paragraph 12 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.*, and 28 U.S.C. §§ 1331. Experian states that this is a legal conclusion which is not subject to denial or admission.

13. In response to paragraph 13 of the Complaint, Experian admits that Plaintiff has alleged venue in this district is proper pursuant to 28 U.S.C. § 1391(b). Experian states that this is a legal conclusion which is not subject to denial or admission.

## FACTS

14. In response to paragraph 14 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian states that the allegations contained in paragraph 14 purport to summarize or characterize the provisions of the FCRA. Experian states that the FCRA speaks for itself and

4

denies the allegations contained in paragraph 14 of the Complaint to the extent they are inconsistent therewith.

15. In response to paragraph 15 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian states that the allegations contained in paragraph 15 purport to summarize or characterize the provisions of the FCRA. Experian states that the FCRA speaks for itself and denies the allegations contained in paragraph 15 of the Complaint to the extent they are inconsistent therewith.

16. In response to paragraph 16 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian states that the allegations contained in paragraph 16 purport to summarize or characterize the provisions of the FCRA. Experian states that the FCRA speaks for itself and denies the allegations contained in paragraph 16 of the Complaint to the extent they are inconsistent therewith.

**The Credit Bureau Defendants' Processing of Credit Information**

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian admits that it obtains information that is included in consumer reports from multiple sources. Except as specifically

5

admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. . In response to Paragraph 21 of the Complaint, Experian admits that the credit reporting industry uses a standard electronic data reporting format called the Metro 2 Format. Experian affirmatively states that the Metro 2 Format speaks for itself, and, on that basis, denies any allegations of this paragraph inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian admits that it creates creates consumer reports and obtains information that is included in consumer reports from multiple sources. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6

**Plaintiff and Her Husband Obtain a Home Mortgage Loan in November 2012**

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**US Bank Offers and The Lillies Obtain Mortgage Forbearance During the COVID-19 Pandemic**

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**The Lillie's Efforts to Reinstate the Mortgage Between June 2021 and August 2022**

31. In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Plaintiff Discovers US Bank's Inaccurate Reporting in April 2024 After She and Her Husbands's Mortgage Loan Application Is Denied by Alcova Mortgage**

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 46 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48. In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49. In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50. In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the

10

allegations in paragraph 51 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 51 of the Complaint.

**The Credit Bureau Defendants' Inaccurate Credit Reporting as of June 2025**

52. In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53. In response to paragraph 53 of the Complaint and each of its subparts, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, including all subparts, and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**Plaintiff's First Dispute with the Credit Bureau Defendants in July 2025**

54. In response to paragraph 54 of the Complaint, Experian admits that on or about July 24 2025, it received correspondence purporting to be from Plaintiff dated July 17, 2025, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in paragraph 54 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Complaint as it relates to Experian. As to the allegations in paragraph 54 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Complaint.

11

55. In response to paragraph 55 of the Complaint, Experian admits that on or about July 24 2025, it received correspondence purporting to be from Plaintiff dated July 17, 2025, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in paragraph 55 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Complaint as it relates to Experian. As to the allegations in paragraph 55 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Complaint.

56. In response to paragraph 56 of the Complaint, Experian admits that on or about July 24 2025, it received correspondence purporting to be from Plaintiff dated July 17, 2025, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in paragraph 56 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 56 of the Complaint as it relates to Experian. As to the allegations in paragraph 56 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 56 of the Complaint.

**The Consumer Reporting Agencies' Method for Considering Consumer Credit Report Disputes**

57. In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, admits that e-OSCAR is used in the credit reporting industry. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 58 of the Complaint as they relate to Experian. As to the allegations in paragraph 58 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 58 of the Complaint.

59. In response to Paragraph 59 of the Complaint, Experian admits that the credit reporting industry uses a standard electronic data reporting format called the Metro 2 Format. Experian affirmatively states that the Metro 2 Format speaks for itself, and, on that basis, denies any allegations of this paragraph inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60. In response to Paragraph 60 of the Complaint, Experian admits that the credit reporting industry uses a standard electronic data reporting format called the Metro 2 Format. Experian affirmatively states that the Metro 2 Format speaks for itself, and, on that basis, denies any allegations of this paragraph inconsistent therewith. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61. In response to Paragraph 61 of the Complaint, Experian admits that the credit reporting industry uses a standard electronic data reporting format called the Metro 2 Format. Experian affirmatively states that the Metro 2 Format speaks for itself, and, on that basis, denies any allegations of this paragraph inconsistent therewith. Except as specifically admitted, Experian

is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

62.     In response to Paragraph 62 of the Complaint, Experian admits that some ACDV fields use Metro 2 formatting. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

63.     In response to Paragraph 63 of the Complaint, Experian admits that some ACDV fields use Metro 2 formatting. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of these allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**The Credit Bureau Defendants' Responses to Plaintiff's July 2025 Disputes**

64.     In response to paragraph 64 of the Complaint, Experian admits that on or about July 29, 2025, it sent an ACDV to US Bank regarding the account ending in 6251. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 64 of the Complaint as it relates to Experian. As to the allegations in paragraph 64 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 64 of the Complaint.

65.     In response to paragraph 65 of the Complaint, Experian admits that on or about July 29, 2025, it sent an ACDV to US Bank regarding the account ending in 6251. Experian further admits that, on or about July 31, 2025, Experian was provided a response to the ACDV indicating that the information regarding the account ending in 6251 was accurate as of the date reported. Except as specifically admitted, Experian denies, generally and specifically, each and every

14

remaining allegation of paragraph 65 of the Complaint as it relates to Experian. As to the allegations in paragraph 65 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 65 of the Complaint.

66. In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67. In response to paragraph 67 of the Complaint, Experian admits that on or about July 31, 2025, it sent Plaintiff reinvestigation results, the contents of which speak for themselves. To the extent the allegations of this paragraph are inconsistent therewith, the same are denied. Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 67 of the Complaint and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 67 of the Complaint.

68. In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 68 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 68 of the Complaint.

69. In response to paragraph 69 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies, generally and specifically, each and every remaining allegation of paragraph 69 of the Complaint.

**Plaintiff's Second Dispute with the Credit Bureau Defendants in September 2025**

70. In response to paragraph 70 of the Complaint, Experian admits that on or about September 29, 2025, it received correspondence purporting to be from Plaintiff dated September 23, 2025, regarding a US Bank account. That correspondence speaks for itself and, to the extent the allegations contained in paragraph 70 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 70 of the Complaint as it relates to Experian. As to the allegations in paragraph 70 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 70 of the Complaint.

71. In response to paragraph 71 of the Complaint, Experian admits that on or about September 29, 2025, it received correspondence purporting to be from Plaintiff dated September 23, 2025, regarding a US Bank account. That correspondence speaks for itself and, to the extent the allegations contained in paragraph 71 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 71 of the Complaint as it relates to Experian. As to the allegations in paragraph 71 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 71 of the Complaint.

16

72. In response to paragraph 72 of the Complaint, Experian admits that on or about September 29, 2025, it received correspondence purporting to be from Plaintiff dated September 23, 2025, regarding a US Bank account. That correspondence speaks for itself and, to the extent the allegations contained in paragraph 72 are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 72 of the Complaint as it relates to Experian. As to the allegations in paragraph 72 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 72 of the Complaint.

**The Credit Bureau Defendants' Responses to Plaintiff's September 2025 Disputes**

73. In response to paragraph 73 of the Complaint, Experian admits that on or about October 3, 2025, it sent an ACDV to US Bank regarding the account ending in 6251. That communication speaks for itself and, to the extent the allegations relating to Experian are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 73 of the Complaint as it relates to Experian. As to the allegations in paragraph 73 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 73 of the Complaint.

74. In response to paragraph 74 of the Complaint, Experian admits that on or about October 3, 2025, it sent an ACDV to US Bank regarding the account ending in 6251. Experian further admits that, on or about October 8, 2025, Experian was provided a response to the ACDV

indicating that the information regarding the account ending in 6251 was accurate as of the date reported. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 74 of the Complaint as it relates to Experian. As to the allegations in paragraph 74 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 74 of the Complaint.

75. In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76, Experian admits that on or about October 8, 2025, it sent Plaintiff reinvestigation results, the contents of which speak for themselves. To the extent the allegations contained in paragraph 76 are inconsistent therewith, the same are denied. Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 76 and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 76 of the Complaint.

77. In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 77 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 77 of the Complaint.

78. In response to paragraph 78 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 78 of the Complaint.

**Plaintiff's Third Dispute with the Credit Bureau Defendants in January 2026**

79. In response to paragraph 79 of the Complaint, Experian admits that on or about February 17, 2026, it received correspondence purporting to be from Plaintiff dated January 26, 2026, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in this paragraph are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint as it relates to Experian. As to the allegations in paragraph 79 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 79 of the Complaint.

80. In response to paragraph 80 of the Complaint, Experian admits that on or about February 17, 2026, it received correspondence purporting to be from Plaintiff dated January 26, 2026, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in this paragraph are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 80 of the Complaint as it relates to Experian. As to the allegations in paragraph 80 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that

19

basis, denies, generally and specifically, each and every remaining allegation of paragraph 80 of the Complaint.

81. In response to paragraph 81 of the Complaint, Experian admits that on or about February 17, 2026, it received correspondence purporting to be from Plaintiff dated January 26, 2026, regarding a US Bank account. The correspondence speaks for itself and, to the extent the allegations contained in this paragraph are inconsistent therewith, the same are denied. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 81 of the Complaint as it relates to Experian. As to the allegations in paragraph 81 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 81 of the Complaint.

**The Credit Bureau Defendants' Responses to Plaintiff's January 2026 Disputes**

82. In response to paragraph 82 of the Complaint, Experian admits that on or about February 20, 2026, it sent an ACDV to US Bank regarding the account ending in 6251. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 82 of the Complaint as it relates to Experian. As to the allegations in paragraph 82 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 82 of the Complaint.

83. In response to paragraph 83 of the Complaint, Experian admits that on or about February 20, 2026, it sent an ACDV to US Bank regarding the account ending in 6251. Experian

further admits that, on or about February 25, 2026, Experian was provided a response to the ACDV indicating that certain information regarding the account ending in 6251 was updated. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 83 of the Complaint as it relates to Experian. As to the allegations in paragraph 83 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 83 of the Complaint.

84. In response to paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85. In response to paragraph 85 of the Complaint, Experian admits that on or about February 25, 2026, it sent Plaintiff reinvestigation results, the contents of which speak for themselves. To the extent the allegations contained in paragraph 85 are inconsistent therewith, the same are denied. Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 85 and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 85 of the Complaint.

86. In response to paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 86 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 86 of the Complaint.

87. In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 87 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 87 of the Complaint.

88. In response to paragraph 88 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89. In response to paragraph 89 of the Complaint, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 89 of the Complaint.

90. In response to paragraph 90 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 90 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 90 of the Complaint.

91. In response to paragraph 91 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 91 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and,

on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 91 of the Complaint.

92. In response to paragraph 92 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 92 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 92 of the Complaint.

93. In response to paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 93 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 93 of the Complaint.

94. In response to paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 94 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 94 of the Complaint.

95. In response to paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 95 of the Complaint that relate to the other defendants, Experian does not

23

have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 95 of the Complaint.

96. In response to paragraph 96 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 96 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 96 of the Complaint.

## CLAIMS FOR RELIEF
### COUNT I
### 15 U.S.C. § 1681e(b)
### Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy
### (First Claim for Relief Against Equifax and Experian)

97. In response to paragraph 97 of the Complaint, Experian reasserts and incorporates by reference its answers and responses to the allegations set forth in the prior paragraphs of the Complaint.

98. In response to paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 98 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 98 of the Complaint.

99. In response to paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the

24

allegations in paragraph 99 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 99 of the Complaint.

100. In response to paragraph 100 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 100 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 100 of the Complaint.

101. In response to paragraph 101 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 101 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 101 of the Complaint.

**COUNT II**

**15 U.S.C. § 1681i(a)(1(A)**
**Failure to Perform Reasonable Reinvestigation**
**(Second Claim for Relief Against Equifax and Experian)**

102. In response to paragraph 102 of the Complaint, Experian reasserts and incorporates by reference its answers and responses to the allegations set forth in the prior paragraphs of the Complaint.

25

103. In response to paragraph 103 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 103 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 103 of the Complaint.

104. In response to paragraph 104 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 104 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 104 of the Complaint.

105. In response to paragraph 105 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 105 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 105 of the Complaint.

106. In response to paragraph 106 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 106 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 106 of the Complaint.

## COUNT III

### 15 U.S.C. § 1681s-2(b)

**Failure to Conduct a Reasonable Investigation of the Disputed Information and Review all Relevant Information Provided by the Consumer (First Claim for Relief Against US Bank)**

107. In response to paragraph 107 of the Complaint, Experian reasserts and incorporates by reference its answers and responses to the allegations set forth in the prior paragraphs of the Complaint.

108. In response to paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109. In response to paragraph 109 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

110. In response to paragraph 110 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111. In response to paragraph 111 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

112. In response to paragraph 112 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## DEMAND FOR JURY TRIAL

113. In response to paragraph 113 of the Complaint, Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE
## (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## SECOND AFFIRMATIVE DEFENSE
## (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate Plaintiff's damages.

## THIRD AFFIRMATIVE DEFENSE
## (CONTRIBUTORY NEGLIGENCE)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence.

## FOURTH AFFIRMATIVE DEFENSE
## (ARBITRATION)

28

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

This the 6th day of July, 2026.

/s/ Jeff Olmsted
_____

Jeff Olmsted
Goodwin Procter LLP
100 Northern Ave.
Boston, MA 02210
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
JOlmsted@goodwinlaw.com
Massachusetts Bar. No. 713899
Attorney for Experian Information Solutions, Inc.


/s/ Caren D. Enloe
_____

Caren D. Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Box 176010
Raleigh, NC 27619-6010
919-250-2000
Fax: 919-250-2124
Cenloe@smithdebnamlaw.com
State Bar. No. 17394
Local Civil Rule 83.1(d) Attorney for Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated: July 6, 2026

Caren D. Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Box 176010
Raleigh, NC 27619-6010
919-250-2000
Fax: 919-250-2124
cenloe@smithdebnamlaw.com
State Bar. No. 17394
Local Civil Rule 83.1(d) Attorney for
Experian Information Solutions, Inc.

30